IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SOUTHWEST GEORGIA FINANCIAL CORPORATION AND EMPIRE FINANCIAL SERVICES, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO.: 7:08cv55(HL) |
| v. | ) ) ) | |
| COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

**PLAINTIFFS' RESPONSE TO
DEFENDANT'S MOTION FOR LEAVE
TO FILE FIRST AMENDED ANSWER,
AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

Plaintiffs respectfully submit the following Response to Defendant's Motion for Leave to File its First Amended Answer, Affirmative Defenses and Counterclaim as follows:

1. Plaintiffs disagree with numerous factual statements asserted in Defendant's Memorandum in Support of its Motion for Leave to File. A number of the factual statements contained therein have been directly and clearly controverted by the sworn testimony taken in discovery in this matter.

US2008 606729.1

2. Notwithstanding Plaintiffs' disagreement with the Defendant's stated facts in its Memorandum, and that Plaintiffs contend that Defendant is not entitled to any of the relief or the benefit of any affirmative defense in its proposed Amended Answer, Plaintiffs do not oppose Defendant's Motion for Leave to File its Amended Answer, Affirmative Defenses and Counterclaim.

Respectfully submitted,

/s/ James J. Leonard

| | |
|---|---|
| KILPATRICK STOCKTON LLP | James J. Leonard |
| Suite 2800 | Georgia Bar No. 446655 |
| 1100 Peachtree Street | Adria L. Perez |
| Atlanta, Georgia 30309-4530 | Georgia Bar No. 141306 |
| (404) 815-6500 | M. Ellen Parker |
| jleonard@kilpatrickstockton.com | Georgia Bar No. 461982 |
| aperez@kilpatrickstockton.com | |
| elparker@kilpatrickstockton.com | Attorneys for Plaintiffs |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **Plaintiffs' Response to Defendant's Motion for Leave to File First Amended Answer, Affirmative Defenses and Counterclaim** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

| | |
|---|---|
| Joyce M. Mocek, Esq. | Tory M. Bishop, Esq. |
| Kutak Rock LLP | Kutak Rock LLP |
| Suite 2100 | The Omaha Building |
| Peachtree Center South Tower | 1650 Farnam Street |
| 225 Peachtree Street, N.E. | Omaha, NE  68102-2186 |
| Atlanta, GA  30303-1731 | tory.bishop@kutakrock.com |
| Joyce.Mocek@KutakRock.com | |

|  |  |
|---|---|
|  | /s/ James J. Leonard |
| KILPATRICK STOCKTON LLP | James J. Leonard |
| Suite 2800 | Georgia Bar No. 446655 |
| 1100 Peachtree Street | Adria L. Perez |
| Atlanta, Georgia 30309-4530 | Georgia Bar No. 141306 |
| (404) 815-6500 | M. Ellen Parker |
| jleonard@kilpatrickstockton.com | Georgia Bar No. 461982 |
| aperez@kilpatrickstockton.com | |
| elparker@kilpatrickstockton.com | Attorneys for Plaintiffs |