IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SOUTHWEST GEORGIA FINANCIAL CORPORATION AND EMPIRE FINANCIAL SERVICES, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO.: 7:08cv55(HL) |
| v. | ) ) ) | <u>JURY TRIAL</u> <u>DEMANDED</u> |
| COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, | ) ) ) | |
| Defendant. _____ | ) ) | |

**PLAINTIFFS' MOTION FOR JUDICIAL NOTICE**

NOW COME Plaintiffs, Southwest Georgia Financial Corporation and Empire Financial Services, Inc., and hereby move this Court to take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following:

1. 12 C.F.R. § 304.3 (2009) (copy attached as Exhibit 1).

2. FEDERAL FINANCIAL INSTITUTIONS EXAMINATION COUNCIL, REPORTS OF CONDITION AND INCOME INSTRUCTIONS FOR REPORT FORMS FFIEC 031 AND 041: GLOSSARY (2009) (copy attached as Exhibit 2).

3. 12 C.F.R. § 560.160 (2009) (copy attached as Exhibit 3).

4. OFFICE OF THRIFT SUPERVISION, EXAMINATION HANDBOOK § 10 (2004) (copy attached as Exhibit 4).

US2008 633425.1

5. OFFICE OF THRIFT SUPERVISION, EXAMINATION HANDBOOK § 251 (1999) (copy attached as Exhibit 5).

6. GEORGIA DEPARTMENT OF BANKING AND FINANCE, DBF RULES AND REGULATIONS 80-1-10 (2009) (copy attached as Exhibit 6).

7. FDIC Bank Find: The Palmetto Bank, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "The Palmetto Bank" and search "State" for "South Carolina" and click "Find;" then follow "The Palmetto Bank") (copy attached as Exhibit 7).

8. FDIC Bank Find: Pinnacle Bank, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "Pinnacle Bank" and search "State" for "Georgia" and click "Find;" then follow "Pinnacle Bank") (copy attached as Exhibit 8).

9. FDIC Bank Find: Flint River National Bank, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "Flint River National Bank" and search "State" for "Georgia" and click "Find") (copy attached as Exhibit 9).

10. FDIC Bank Find: First Citizens Bank, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "First Citizens Bank" and search "State" for "Georgia" and click "Find;" then follow "First Citizens Bank") (copy attached as Exhibit 10).

11. FDIC Bank Find: Georgia Heritage Bank, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "Georgia

Heritage Bank" and search "State" for "Georgia" and click "Find") (copy attached as Exhibit 11).

12. FDIC Bank Find: Farmers & Merchants Bank, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "Farmers & Merchants Bank" and search "State" for "Georgia" and click "Find;" then follow "Farmers & Merchants Bank") (copy attached as Exhibit 12).

13. FDIC Bank Find: The Bank of Soperton, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "The Bank of Soperton" and search "State" for "Georgia" and click "Find") (copy attached as Exhibit 13).

14. FDIC Bank Find: Vidalia Federal Savings Bank, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "Vidalia Federal Savings Bank" and search "State" for "Georgia" and click "Find") (copy attached as Exhibit 14).

15. FDIC Bank Find: Bank of Dudley, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "Bank of Dudley" and search "State" for "Georgia" and click "Find") (copy attached as Exhibit 15).

16. FDIC Bank Find: Century Bank and Trust, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "Century Bank and Trust" and search "State" for "Georgia" and click "Find") (copy attached as Exhibit 16).

17. FDIC Bank Find: CB&S Bank, Inc., http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "CB&S Bank, Inc." and search "State" for "Alabama" and click "Find") (copy attached as Exhibit 17).

18. FDIC Bank Find: First Coweta Bank, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "First Coweta Bank" and search "State" for "Georgia" and click "Find") (copy attached as Exhibit 18).

19. FDIC Bank Find: First National Bank of Barnesville, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "First National Bank of Barnesville" and search "State" for "Georgia" and click "Find") (copy attached as Exhibit 19).

20. FDIC Bank Find: Georgia Trust Bank, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "Georgia Trust Bank" and search "State" for "Georgia" and click "Find") (copy attached as Exhibit 20).

21. FDIC Bank Find: The Gordon Bank, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "The Gordon Bank" and search "State" for "Georgia" and click "Find;" then follow "The Gordon Bank") (copy attached as Exhibit 21).

22. FDIC Bank Find: The Peoples Bank & Trust Company Historical Profile, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "The

Peoples Bank & Trust Company" and search "State" for "Alabama" and click "Find;" then follow "Historical Profile") (copy attached as Exhibit 22).

23. FDIC Bank Find: BankTrust, http://www2.fdic.gov/idasp/main_bankfind.asp (search "Name" for "BankTrust" and search "State" for "Alabama" and click "Find;" then follow "BankTrust") (copy attached as Exhibit 23).

Plaintiffs submit the attached Memorandum in support of their Motion for Judicial Notice.

Respectfully submitted this 16th day of April, 2009.

| | |
|---|---|
| KILPATRICK STOCKTON LLP<br>Suite 2800<br>1100 Peachtree Street<br>Atlanta, Georgia 30309-4530<br>(404) 815-6500<br>jleonard@kilpatrickstockton.com<br>aperez@kilpatrickstockton.com<br>elparker@kilpatrickstockton.com | /s/ James J. Leonard<br>James J. Leonard<br>Georgia Bar No. 446655<br>Adria L. Perez<br>Georgia Bar No. 141306<br>M. Ellen Parker<br>Georgia Bar No. 461982<br><br>Attorneys for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **PLAINTIFFS' MOTION FOR JUDICIAL NOTICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

| | |
|---|---|
| Joyce M. Mocek, Esq. | Tory M. Bishop, Esq. |
| Kutak Rock LLP | Kutak Rock LLP |
| Suite 2100 | The Omaha Building |
| Peachtree Center South Tower | 1650 Farnam Street |
| 225 Peachtree Street, N.E. | Omaha, NE  68102-2186 |
| Atlanta, GA  30303-1731 | tory.bishop@kutakrock.com |
| Joyce.Mocek@KutakRock.com | |

This 16th day of April, 2009.

| | |
|---|---|
| KILPATRICK STOCKTON LLP | /s/ James J. Leonard |
| Suite 2800 | James J. Leonard |
| 1100 Peachtree Street | Georgia Bar No. 446655 |
| Atlanta, Georgia 30309-4530 | Adria L. Perez |
| (404) 815-6500 | Georgia Bar No. 141306 |
| jleonard@kilpatrickstockton.com | M. Ellen Parker |
| aperez@kilpatrickstockton.com | Georgia Bar No. 461982 |
| elparker@kilpatrickstockton.com | |
| | Attorneys for Plaintiffs |

US2008 633425.1