# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **SOUTHWEST GEORGIA FINANCIAL CORPORATION and EMPIRE FINANCIAL SERVICES, INC.,** | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 7:08-cv-55(HL) |
| **COLONIAL AMERICAN CASUALTY AND SURETY COMPANY,** | : : : | |
| Defendant. | : | |

## ORDER

This matter having come before the Court on Plaintiffs' Motion for Reconsideration (Doc. 124), and the Court having given due consideration to same, the Motion is hereby denied.

**SO ORDERED**, this the 27th day of October, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh